B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Peterson, Aaron** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Peterson, Dannielle M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9322** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5765** |
| Street Address of Debtor (No. and Street, City, and State):<br>**25652 South Bridle Path**<br>**Channahon, IL**<br>ZIP Code **60410** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**25652 South Bridle Path**<br>**Channahon, IL**<br>ZIP Code **60410** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- □ Corporation (includes LLC and LLP)
- □ Partnership
- □ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- □ Health Care Business
- □ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- □ Railroad
- □ Stockbroker
- □ Commodity Broker
- □ Clearing Bank
- □ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- □ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- □ Chapter 9
- □ Chapter 11
- □ Chapter 12
- □ Chapter 13
- □ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- □ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- □ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- □ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- □ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- □ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- □ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- □ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- □ A plan is being filed with this petition.
- □ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- □ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| □ 1-49 | □ 50-99 | □ 100-199 | ■ 200-999 | □ 1,000-5,000 | □ 5,001-10,000 | □ 10,001-25,000 | □ 25,001-50,000 | □ 50,001-100,000 | □ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | □ $50,001 to $100,000 | □ $100,001 to $500,000 | □ $500,001 to $1 million | □ $1,000,001 to $10 million | □ $10,000,001 to $50 million | □ $50,000,001 to $100 million | □ $100,000,001 to $500 million | □ $500,000,001 to $1 billion | □ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| □ $0 to $50,000 | □ $50,001 to $100,000 | ■ $100,001 to $500,000 | □ $500,001 to $1 million | □ $1,000,001 to $10 million | □ $10,000,001 to $50 million | □ $50,000,001 to $100 million | □ $100,000,001 to $500 million | □ $500,000,001 to $1 billion | □ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Peterson, Aaron**<br>**Peterson, Dannielle M** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **Northern District of Illinois** | Case Number:<br>**10-00047** | Date Filed:<br>**1/04/10** |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Randolph M Gordon**                  **December 29, 2010**<br>Signature of Attorney for Debtor(s)              (Date)<br>**Randolph M Gordon** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Peterson, Aaron** |
| **Peterson, Dannielle M** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Aaron Peterson**

Signature of Debtor  **Aaron Peterson**

X  **/s/ Dannielle M Peterson**

Signature of Joint Debtor **Dannielle M Peterson**

Telephone Number (If not represented by attorney)

**December 29, 2010**

Date

### Signature of Attorney*

X  **/s/ Randolph M Gordon**

Signature of Attorney for Debtor(s)

**Randolph M Gordon**

Printed Name of Attorney for Debtor(s)

**Randolph M Gordon, Ltd.**

Firm Name

**220 W. Main St.**
**P.O. Box 547**
**Morris, IL 60450**

Address

**Email: rmgordonesq@sbcglobal.net**
**815-942-2554  Fax: 815-942-9212**

Telephone Number

**December 29, 2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Aaron Peterson**
     **Dannielle M Peterson**

Debtor(s)

Case No. _____

Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                           Page 2

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*
        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Aaron Peterson**
                            **Aaron Peterson**
Date:  **December 29, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Aaron Peterson**
       **Dannielle M Peterson**
                           Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                 Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Dannielle M Peterson**
                     **Dannielle M Peterson**

Date: **December 29, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Aaron Peterson,**
         **Dannielle M Peterson** _____ ,

                                                            Debtors

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 7,250.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 3,178.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 47 | | 97,799.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,564.43 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,108.00 |
| Total Number of Sheets of ALL Schedules | | 60 | | | |
| Total Assets | | | 7,250.00 | | |
| Total Liabilities | | | | 100,977.41 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Aaron Peterson,**
**Dannielle M Peterson**                                              Case No. _____

_____,
                                    Debtors      Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,564.43 |
| Average Expenses (from Schedule J, Line 18) | 4,108.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,813.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 3,178.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 97,799.41 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 100,977.41 |

B6A (Official Form 6A) (12/07)

.

In re    **Aaron Peterson,**
    **Dannielle M Peterson**

Case No. _____

_____,
                       Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | **J** | **0.00** | **0.00** |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |
| | | | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07)

.

In re    **Aaron Peterson,**                                             Case No. _____
**Dannielle M Peterson**

_____ ,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | None | J | 0.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Furniture: Entertainment Center | J | 300.00 |
| | | Furniture: 3 single beds | J | 150.00 |
| | | Furniture:  3 Dressers | J | 250.00 |
| | | Furniture:  Desk | J | 50.00 |
| | | Audio-Video: 4 TV's | J | 100.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | None | J | 0.00 |
| 6.  Wearing apparel. | | Clothing:  clothing for whole family | J | 400.00 |
| 7.  Furs and jewelry. | | None | J | 0.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | None | J | 0.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | None | J | 0.00 |

|  | Sub-Total >  | 1,250.00 |
|---|---|---|
|  | (Total of this page) |  |

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Aaron Peterson,**                                    Case No. _____
         **Dannielle M Peterson**

_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | None | | J | 0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | None | | J | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | None | | J | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | None | | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | None | | J | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | None | | J | 0.00 |
| 16. Accounts receivable. | None | | J | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | None | | J | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | None | | J | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | None | | J | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | None | | J | 0.00 |

Sub-Total >         0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Aaron Peterson,**                                    Case No. _____
      **Dannielle M Peterson**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | None | | J | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | None | | J | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | None | | J | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | None | | J | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Auto:  2003, Ford, Focus, Fare, 113,915 | J | 5,500.00 |
| 26. Boats, motors, and accessories. | None | | J | 0.00 |
| 27. Aircraft and accessories. | NOne | | J | 0.00 |
| 28. Office equipment, furnishings, and supplies. | None | | J | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | None | | J | 0.00 |
| 30. Inventory. | None | | J | 0.00 |
| 31. Animals. | | Animals:  German Shepard | J | 400.00 |
| | | Animals:  2 Cats | J | 100.00 |
| 32. Crops - growing or harvested. Give particulars. | None | | J | 0.00 |
| 33. Farming equipment and implements. | None | | J | 0.00 |
| 34. Farm supplies, chemicals, and feed. | None | | J | 0.00 |

Sub-Total >          6,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Aaron Peterson,**
       **Dannielle M Peterson**
                                                     ,
                                   Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **WAGES OF DEBTORS** | **J** | **0.00** |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **7,250.00** |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re  **Aaron Peterson,**
       **Dannielle M Peterson**                                  Case No. _____

_____,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                 *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Exemptions** | | | |
| **Household Goods and Furnishings**<br>**Furniture:  Entertainment Center** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Furniture:  3 Single Beds** | **735 ILCS 5/12-1001(b)** | **150.00** | **150.00** |
| **Furniture:  3 Dressers** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Furniture:  Desk** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Audio-Video: 4 TV's** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Wearing Apparel**<br>**Clothes:  Clothig for whole family** | **735 ILCS 5/12-1001(b)** | **400.00** | **400.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**Auto:  2003, Ford, Focus, Fare,  113,915** | **735 ILCS 5/12-1001(b)** | **700.00** | **700.00** |
| **Automobiles, Trucks,Trailers, and Other Vehicles**<br>**Auto:  2003, Ford, Focus, Fare, 113,915** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **4,800.00** |
| **Animals**<br>**Animals:  German Shephard** | **735 ILCS 5/12-1001(b)** | **400.00** | **400.00** |
| **Animals**<br>**Animals:  2 Cats** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Other Personal Property of Any Kind Not Already Listed**<br>**WAGES OF DEBTORS** | **735 ILCS 5/12-803, 740 ILCS 170/4** | **Unknown** | **Unknown** |
| **Other Personal Property of Any Kind Not Already Listed**<br>**WAGES OF DEBTORS** | **735 ILCS 5/12-1001(b)** | **Unknown** | **Unknown** |

Total:  **7,250.00**  **7,250.00**

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Aaron Peterson,**                                                                  Case No. _____
         **Dannielle M Peterson**
                                                                          ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxx0674** | | | | | 04/01/03 | | | | | |
| **Marquette Cons/first 1** **3033 Campus Dr Ste N150** **Plymouth, MN 55441** | J | | | | **Automobile** | | | | | |
| | | | | | Value $              **0.00** | | | | **3,178.00** | **3,178.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | | |
|---|---|---|
| Subtotal (Total of this page) | **3,178.00** | **3,178.00** |
| Total (Report on Summary of Schedules) | **3,178.00** | **3,178.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re    **Aaron Peterson,**                                                        Case No. _____
         **Dannielle M Peterson**
                                                                          ,
_____
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Aaron Peterson,**                                          Case No. _____
         **Dannielle M Peterson**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **xx5553** <br><br> **A.C.S.I. - Revenue Mangement Corp.** <br> **520 Main St. Stuite 202** <br> **Waltham, MA 02452-5549** | | H | | | 09/25/2007 <br> **Medical Bill Hidden Lakes Dental Care** | | | | 97.50 |
| Account No. **xxx146-1** <br><br> **Advance Pay Systems, INC.** <br> **490 Wheeler Rd Suite 220** <br> **Hauppauge, NY 11788** | | H | | | 05/04/2004 <br> **Student Loan professional education inst.** | | | | 75.47 |
| Account No. **xxxxxxx09-01** <br><br> **AFNI** <br> **404 Brock Drive** <br> **Bloomington, IL 61702-3517** | | W | | | 02/15/2006 <br> **Utility Bill Dish Network** | | | | 84.38 |
| Account No. **xxx3pdw** <br><br> **Afni, Inc.** <br> **404 Brock Drive** <br> **P.O. Box 3427** <br> **Bloomington, IL 61702-3427** | | H | | | 01/27/2009 <br> **Utility Bill Alltel** | | | | 480.33 |
| | | | | | Subtotal <br> (Total of this page) | | | | 737.68 |

__46__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**
    **Dannielle M Peterson**
                                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx63-02**<br><br>**AFNI, Inc.**<br>**404 Brock Drive**<br>**Bloomington, IL 61702-3427** | | W | | 01/27/2009<br>**Utility Bill Qwest** | | | | 206.00 |
| Account No. **xxx. xx. xxxx0485**<br><br>**Alliedinterstate**<br>**P.O. Box 361477**<br>**Columbus, OH 43236** | | H | | 11/02/2005<br>**Utility Bill Direct TV** | | | | 31.92 |
| Account No. **xxxxxx7124**<br><br>**American Medical Collection Agency**<br>**PO Box 1235**<br>**Elmsford, NY 10523-0935** | | W | | 02/12/2007<br>**Medical Bill Quest Diagnostics Incorporated** | | | | 41.00 |
| Account No. **xxxxxx9067**<br><br>**American Medical Collection Agency**<br>**2269 S. Saw Mill River RD Bldg 3**<br>**Elmsford, NY 10523** | | W | | 04/30/2007<br>**Medical Bill Quet Diagnostics** | | | | 41.00 |
| Account No. **x1248**<br><br>**Anasazi Medical Clinic PC**<br>**2525 W. Beryl Ave**<br>**Mesa, AZ 85201-1606** | | H | | 09/25/2006<br>**Medical Bill** | | | | 27.00 |

Sheet no. __1__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

346.92

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron Peterson,**
     **Dannielle M Peterson**                         Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxxxx-xatna**<br><br>**Anes Cons Of Morris LLC**<br>**PO Box 88271**<br>**Chicago, IL 60680-1271** | | W | | 10/06/2008<br>**Medical Bill Morris Hospital** | | | | 41.60 |
| Account No. **xxxxxxxxx93fd**<br><br>**Apache Juntion Justice Court**<br>**150 N. Ocotillo Dr.**<br>**Apache Junction, AZ 85220** | | J | | 09/07/2004<br>**Judgment Lien Civil Claim Judgment** | | | | 3,348.00 |
| Account No. **xxxxx4287**<br><br>**APS**<br>**PO Box 2907**<br>**Phoenix, AZ 85062-2907** | | H | | 09/09/2003<br>**Other Bill** | | | | 145.08 |
| Account No. **2966**<br><br>**Arizona Children's Surgery P.C.**<br>**PO Box 40487**<br>**Mesa, AZ 85274-0487** | | H | | 07/22/2004<br>**Medical Bill** | | | | 56.18 |
| Account No. **xxxxx4287**<br><br>**Arizona Public Service**<br>**PO Box 53999**<br>**Phoenix, AZ 85072** | | H | | 08/01/2002  Last Active 07/09/2003<br>**Agriculture** | | | | 145.00 |

Sheet no. __2___ of __46___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                    Subtotal        **3,735.86**
            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**
       **Dannielle M Peterson**                                                Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. x9071... <br><br> **Arizona Public Service** <br> **PO Box 53999** <br> **Phoenix, AZ 85072** | | H | 08/2002 <br> Other Bill | | | | 145.00 |
| Account No. xxxx-xxxx-xxxx-4955 <br><br> **ARM Accounts Receivable Management** <br> **PO Box 129** <br> **Thorofare, NJ 08086-0129** | | W | 09/18/2008 <br> Credit Card Premier Bankcard, INC. | | | | 466.77 |
| Account No. xxxxxx3451 <br><br> **Armor Systems Co** <br> **1700 Kiefer Dr   Suite 1** <br> **Zion, IL 60099** | | H | 07/01/2006 <br> Collection Attorney Midwest Ear Nose Throat Con | | | | 92.00 |
| Account No. xxxxxxx51-14 <br><br> **Armor Systems Corporation** <br> **2322 N. Green Bay Rd.** <br> **Waukegan, IL 60087-4209** | | H | 09/08/2006 <br> Medicl Bill Midwest Ear, Nose & Throat Consultants | | | | 92.97 |
| Account No. xxxxxxxxxxxxx6815 <br><br> **Assest Acceptance LLC** <br> **PO Box 2036** <br> **Warren, MI 48090-2036** | | W | 05/16/2006 <br> Utility Bill  AT&T | | | | 641.43 |

Sheet no. __3___ of __46___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,438.17

B6F (Official Form 6F) (12/07) - Cont.

In re    **Aaron Peterson,**
     **Dannielle M Peterson**
                                                      ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxxx4005**<br><br>**Asset Acceptance LLC**<br>**5250 Prue Rd.**<br>**San Antonio, TX 78240** | | H | | | **01/02/2007**<br>**Other Bill  Ballys asset accept. acct. # 1536441**<br>**1-800-525-9033** | | | | 926.31 |
| Account No. **xx7320**<br><br>**Associated Radiologists, LTD**<br>**PO Box 98311**<br>**Phoenix, AZ 85072** | | H | | | **03/11/2004**<br>**Medical Bill** | | | | 76.00 |
| Account No. **xxx9335**<br><br>**Associated Recovery Systems**<br>**PO Box 469046**<br>**Escondido, CA 92046-9046** | | H | | | **02/22/2006**<br>**Credit CArd Capital One F.S.B. acct.**<br>**4121742385138790** | | | | 641.41 |
| Account No. **xx2765**<br><br>**ATG Credit, LLC**<br>**PO Box 14895**<br>**Chicago, IL 60614-4523** | | W | | | **Medical Bill Naperville Radiologists** | | | | 28.80 |
| Account No. **xxxx xxxx 8125**<br><br>**Bank Of America**<br>**100 N. Broadway**<br>**Saint Louis, MO 63102-2738** | | J | | | **02/05/2009**<br>**Bank Overdraft Overdrawn** | | | | 977.88 |

Sheet no. __4__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 2,650.40 |

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**                                               Case No. _____
       **Dannielle M Peterson**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4241**<br><br>**Banner Baywood Med Center**<br>**PO Box 6239**<br>**Mesa, AZ 85216-6239** | | J | 04/01/2003<br>**Medical Services** | | | | 200.00 |
| Account No. **xx-xxxxxx-xxxxxxxx21-00**<br><br>**C/O Credit Protection Assoc**<br>**PO Box 802068**<br>**Dallas, TX 75380-2068** | | H | 03/12/2008<br>**Other Bill Clockbuster** | | | | 92.84 |
| Account No. **xxxx7507**<br><br>**Calvalry Portfolio Services, LLC**<br>**PO Box 27288**<br>**Tempe, AZ 85285-7288** | | H | 04/07/2009<br>**Utility Bill Sprint** | | | | 894.07 |
| Account No. **xxxx7507**<br><br>**Calvalry Portfolio Services**<br>**Attention: BAnkruptcy Department**<br>**PO Box 1017**<br>**Hawthorne, NY 10532** | | H | 03/01/2008<br>**Collection Attorney Sprint Pcs** | | | | 904.00 |
| Account No. **xxxx62-00**<br><br>**Camelback Anesthesia**<br>**PO Box 81349**<br>**Phoenix, AZ 85069-1349** | | H | 03/24/2004<br>**Medical Bill** | | | | 640.00 |

Sheet no. __5__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,730.91**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Aaron Peterson,**
        **Dannielle M Peterson**                                          Case No. _____
_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx62-00** <br><br> **Camelback Anesthesia PLLC** <br> **PO Box 81349** <br> **Phoenix, AZ 85069-1349** | | H | **05/04/2004** <br> **Midical Bill** | | | | 128.00 |
| Account No. **xxxx62-00** <br><br> **Camelback Anesthesia PLLC** <br> **PO Box 81349** <br> **Phoenix, AZ 85069-1349** | | H | **08/05/2004** <br> **Medical Bill** | | | | 128.00 |
| Account No. **xxxx6907** <br><br> **Capital Management Services. LP** <br> **726 Exchange St.  STE 700** <br> **Buffalo, NY 14210** | | H | **Premier Bankcard Inc** | | | | 897.52 |
| Account No. **xxxxx3673** <br><br> **Cbe Group** <br> **131 Tower Park Dr Suite 100** <br> **Waterloo, IA 50704** | | H | **02/01/2009** <br> **Collection Attorney Com Ed Residental D** | | | | 593.00 |
| Account No. **xxxxxxx4594** <br><br> **Cda/Pontiac** <br> **Attn: Bankruptcy** <br> **PO Box 213** <br> **Streator, IL 61364** | | J | **12/01/2006** <br> **Collection Attorney Joliet Fire Department** | | | | 450.00 |

Sheet no. __6__ of __46__ sheets attached to Schedule of                    Subtotal                    2,196.52
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Aaron Peterson,**
**Dannielle M Peterson**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx5574** | | | | 09/01/2008 Collection Attorney Phys. Of Morris Hospital | | | | |
| Cda/Pontiac Attn: Bankruptcy PO Box 213 Streator, IL 61364 | | | J | | | | | |
| | | | | | | | | 305.00 |
| Account No. **xxxxxxxx5579** | | | | 09/01/2008 Collection Attorney Phys. Of Morris Hospital | | | | |
| Cda/Pontiac Attn: Bankruptcy PO Box 213 Streator, IL 61364 | | H | | | | | | |
| | | | | | | | | 131.00 |
| Account No. **xxxxxxx xx x7422** | | | | 09-21-2009 | | | | |
| Center for Dental Implants 24020 Rioverwalk Ct.  Unit 112 Plainfield, IL 60544 | | W | | | | | | |
| | | | | | | | | 25.76 |
| Account No. **xxxxx1642** | | | | 01/18/2007 Other Bill Jewel Check bounced in my bank account | | | | |
| Certegy Payment Recovery Services 3500 5th St. Northport, AL 35476 | | W | | | | | | |
| | | | | | | | | 196.09 |
| Account No. **xx941B** | | | | 01/01/2007 Collection Attorney Oakbrook Allergists | | | | |
| Certified Services Inc PO Box 177 Waukegan, IL 60079 | | | J | | | | | |
| | | | | | | | | 501.00 |

Sheet no. __7___ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,158.85

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron Peterson,**
     **Dannielle M Peterson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx8941**<br><br>**Certified Services Inc.**<br>**PO Bo 177**<br>**Waukegan, IL 60079-0177** | | W | **03/22/2007**<br>**Medical Bill Oakbrook Allergists** | | | | 501.00 |
| Account No. **xxxx88-00**<br><br>**Chandler Family Pract**<br>**1076 W. Chandler Blvd. # 113**<br>**Chandler, AZ 85224** | | H | **09/04/2003**<br>**Medical Bill** | | | | 15.00 |
| Account No. **xxxx88-00**<br><br>**Chandler Family Pract**<br>**1076 W. Chandler Blvd. # 113**<br>**Chandler, AZ 85225** | | H | **03/26/2004**<br>**Medical Bill** | | | | 15.00 |
| Account No. **xxxxA001**<br><br>**Chicago Osteopathic Healthcare**<br>**6715 Kingery HWY**<br>**Willowbrook, IL 60527-5141** | | W | **02/09/2009**<br>**Medical Bill** | | | | 200.00 |
| Account No. **xxxxxxxx62PO**<br><br>**City of Joliet Fire Department**<br>**150 West Jefferson St.**<br>**Joliet, IL 60432-4156** | | W | **09/17/2006**<br>**Medical Bill Ambulance** | | | | 450.00 |

Sheet no. __8__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,181.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**
    **Dannielle M Peterson**                                                              Case No. _____

                                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-xx2300**<br><br>**Clerk of the Superior Court**<br>**PO Box 53236**<br>**Phoenix, AZ 85072** | | H | 12/01/2003<br>**Court Fees** | | | | 166.00 |
| Account No. **xxx1108**<br><br>**Collection Company of**<br>**700 Longwater Dr.**<br>**Norwell, MA 02061** | | J | 01/01/2008<br>**Collection Attorney Village of Bolingbrook/Red Spe** | | | | 150.00 |
| Account No. **xxxxxxxxxxxx3713**<br><br>**Collection Service Bur**<br>**PO Box 310**<br>**Scottsdale, AZ 85252** | | W | 05/2005<br>**Medical Bill Banner Baywood Medical Center** | | | | 100.00 |
| Account No. **xxxxxxxxxxxx3713**<br><br>**Collection Service Bur**<br>**PO Box 310**<br>**Scottsdale, AZ 85252** | | H | 05/01/2005<br>**Collection Attorney Banner Baywood Medical Center** | | | | 100.00 |
| Account No. **xxxxxxxxxxx6901**<br><br>**Cox Communications**<br>**PO Box 78071**<br>**Phoenix, AZ 85062-8071** | | H | 10/09/2005<br>**Utility Bill** | | | | 135.08 |

Sheet no. __9__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                               Subtotal
                     (Total of this page)     **651.08**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**                                              Case No. _____
       **Dannielle M Peterson**
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1777**  <br><br>**Credit Control Corp.**<br>**11821 Rock Landing Dr.**<br>**Newport News, VA 23606** | | H | **12/2005**<br>**Utility Bill Cox Communications** | | | | 178.00 |
| Account No. **xxxxxx1777**  <br><br>**Credit Control Corp.**<br>**11821 Rock Landing Dr.**<br>**Newport News, VA 23606** | | H | **12/01/2005**<br>**Collection Attorney Cox Communications**<br>**Phoenix AZ** | | | | 178.00 |
| Account No. **xxxx5573**  <br><br>**Credit Management**<br>**4200 International Pwy.**<br>**Carrollton, TX 75007** | | H | **03/01/2009**<br>**Collection Attorney Comcast Chicago**<br>**Seconds - 2000** | | | | 298.00 |
| Account No. **xxxx7220**  <br><br>**Credit Management Cont**<br>**PO Box 1654**<br>**Green Bay, WI 54305** | | H | **08/01/2007**<br>**Collection Attorney II Energy Savings Corp**<br>**Dba U.S.** | | | | 1,006.00 |
| Account No. **xxxx7220**  <br><br>**Credit Management Cont, INC**<br>**PO Box 1654**<br>**Green Bay, WI 54305-1654** | | H | **05/24/2007**<br>**Utility Bill Illinois Energy Savings Corp.** | | | | 1,310.71 |

Sheet no. __10__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **2,970.71**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Aaron Peterson,**                                                Case No. _____
         **Dannielle M Peterson**
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx x7258** <br><br> **CREDIT PROTECTION ASSOC** <br> **P O BOX 802068** <br> **Dallas, TX 75380-2068** | J | | **VIDEO RENTAL** | | | | 92.84 |
| Account No. **xx-xxxxx-xxxxxxxxxxxx7539** <br><br> **Credit Protection Association, L.P.** <br> **13355 Noel Rd.** <br> **Dallas, TX 75240** | H | | **03/03/2008** <br> **Utility Bill Comcast PO Box 3002** <br> **Southeastern, PA 19398-3002** | | | | 348.00 |
| Account No. **xxxxxxx5579** <br><br> **Creditors Discount & Aud** <br> **415 E. Main St.** <br> **Streator, IL 61364** | W | | **Medical Bill Phys of Morris Hospital** | | | | 131.00 |
| Account No. **xxxxxxx9505** <br><br> **Creditors Discount & Audit Co.** <br> **P O Box 213** <br> **415 E. Main St.** <br> **Streator, IL 61364** | H | | **09/30/2008** <br> **Medical Bill Phys of Morris Hosp.** | | | | 131.00 |
| Account No. **xxxxx-xx4594** <br><br> **Creditors Discount & Audit Co.** <br> **415 E. Main St.** <br> **PO Box 213** <br> **Streator, IL 61364** | W | | **09/30/2008** <br> **Medical Bill Phys of Morris Hosp.** | | | | 305.00 |

Sheet no. __11__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,007.84**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron Peterson,**
     **Dannielle M Peterson**                                                        Case No. _____

                                                            ,
                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-xx0996**<br><br>**Creditors Discount & Audit Co.**<br>**P O Box 213**<br>**Streator, IL 61364** | | J | **E.R. Physicians** | | | | 349.00 |
| Account No. **xxxxxx-xx9402**<br><br>**Creditors Discount & Audit Co.**<br>**P.O. Box 213   415 E. Main St.**<br>**Streator, IL 61364** | | J | **EPIC/MOrris Hosp. Emerg. Phys**<br>**Kaylee Peterson** | | | | 71.20 |
| Account No. **xxxxxx-xxx6846**<br><br>**Creditors Discount & Audit Co.**<br>**P.O. Box 213   415 E, Main St.**<br>**Streator, IL 61364** | | H | **EPIC/ Morris Hosp. Emerg Phys.** | | | | 91.76 |
| Account No. **xxxxxx-xx6737**<br><br>**Creditors Discount & Audit Co.**<br>**P.O. Box 213   415 E. Main St.**<br>**Streator, IL 61364** | | J | **EPIC/ Morris Hosp. Emerg Phys**<br>**Tyler Peterson** | | | | 184.43 |
| Account No. **xxxx5046**<br><br>**Dryer Medical Group, Ltd.**<br>**PO Box 2091**<br>**Aurora, IL 60507** | | H | **01-26-2010 & 03-03-2010** | | | | 52.73 |

Sheet no. __**12**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims                   Subtotal
                                                 (Total of this page)      **749.12**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**
       **Dannielle M Peterson**                                                    Case No. _____

_____ ,
                                             Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxx1860** | | | | 12/13/2003 **Utility Bill Qwest** | | | | |
| **E R Solutions, Inc.** 500 SW 7th St. # A100 PO Box 9004 Renton, WA 98057 | | J | | | | | | 229.12 |
| Account No. **xxxxxx2588** | | | | 10/25/2005 **Mecial Bill** | | | | |
| **Edward Hospital & Health Services** PO Box 4207 Carol Stream, IL 60197-4207 | | H | | | | | | 250.00 |
| Account No. **xxxxxx5886** | | | | 03/09/2006 **Mecial Bill** | | | | |
| **Edward Hospital & Health Services** PO Box 4207 Carol Stream, IL 60197 | | H | | | | | | 16.77 |
| Account No. **xxxxxx6844** | | | | 04/24/2005 **Other Bill** | | | | |
| **EMCC Inc. Serv. of your Midland Cre** PO Box 9607 Manchester, NH 03108-9607 | | H | | | | | | 275.00 |
| Account No. **xx6802** | | | | 02/21/2003 **Medical Bill** | | | | |
| **Emergency Phys. Prof. Assoc.** 5001 W. 80th St. # 300 Minneapolis, MN 55437-1114 | | H | | | | | | 215.00 |

Sheet no. __13__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   985.89

B6F (Official Form 6F) (12/07) - Cont.

In re **Aaron Peterson,**
      **Dannielle M Peterson**
_____,
                              Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx x7988**<br><br>**Epic Group, S.C.**<br>**PO Box 66973 Slot 303125**<br>**Chicago, IL 60666-0973** | | H | **02/17/2008**<br>**Medical Bill Morris Hospital** | | | | 30.80 |
| Account No. **xxx x8551**<br><br>**Epic Group, S.C.**<br>**PO Box 66973 Slot 303125**<br>**Chicago, IL 60666-0973** | | J | **07/13/2009** | | | | 184.43 |
| Account No. **xxx  x4147**<br><br>**Epic Group, S.C.**<br>**PO Box 66973 Slot 303125**<br>**Chicago, IL 60666-0973** | | H | **01-29-10**<br>**Emergency Dept. Visit** | | | | 71.20 |
| Account No. **xxxxx0515**<br><br>**ER Solutions, Inc.**<br>**PO Box 6030**<br>**Hauppauge, NY 11788-0154** | | W | **11/04/2008**<br>**Utility Bill  T Mobile** | | | | 903.39 |
| Account No. **xxx137-3**<br><br>**First Financial Asset Mgt. Inc.**<br>**PO Box 6887**<br>**Miramar Beach, FL 32550** | | H | **02/27/2004**<br>**Other Bill Arizona Public service Co.** | | | | 145.08 |

Sheet no. __14__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,334.90

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**
**Dannielle M Peterson**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx4264**<br><br>**First National Collection Bureau**<br>**610 Waltham Way**<br>**Sparks, NV 89434** | | W | | | **Western FederaL Credit Union** | | | | 42.95 |
| Account No. **xxxx-xxxx-xxxx-4955**<br><br>**First Premier Bank**<br>**PO Box 5524**<br>**Sioux Falls, SD 57117** | | J | | | **09/01/2006  Last Active 05/27/2007**<br>**Credit Card** | | | | 466.00 |
| Account No. **7921**<br><br>**First Rate Financial**<br>**180 S. Bolingbrook Rd**<br>**Bolingbrook, IL 60440** | | H | | | **10-01-2009** | | | | 5,507.08 |
| Account No. **7922**<br><br>**First Rate Financial**<br>**180 S. Bolingbrook Rd**<br>**Bolingbrook, IL 60440** | | W | | | **06-03-2010** | | | | 1,657.76 |
| Account No. **xxx-xxxx42-11**<br><br>**Global Finanacial Inc.**<br>**PO Box 5066**<br>**Lutherville Timonium, MD 21094-5066** | | H | | | **04/05/2007**<br>**Other Bill** | | | | 267.00 |

Sheet no. __**15**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,940.79

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron Peterson,**
      **Dannielle M Peterson**
                                                    ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1266** <br><br> **Grand Dental Associates, P.C.** <br> **3322 Solutions Center** <br> **Chicago, IL 60677-3003** | | W | **02/02/2009** <br> **Medical Bill** | | | | 102.38 |
| Account No. **xxxxx5913** <br><br> **Grant & Weber** <br> **14795 N. 78th Way Ste 800** <br> **Scottsdale, AZ 85260** | | W | **05/2003** <br> **Medical Bill Chandler Regional Hospital** | | | | 52.92 |
| Account No. **xxxxx5539** <br><br> **Grant & Weber** <br> **14795 N. 78th Way Ste 800** <br> **Scottsdale, AZ 85260** | | W | **Medical Bill Chandler Regional Hospital** | | | | 263.14 |
| Account No. **xxxxx5539** <br><br> **Grant & Weber** <br> **14795 N. 78th Way Ste 800** <br> **Scottsdale, AZ 85260** | | H | **07/01/2003** <br> **Collection Attorney Chandler Regional Hospital** | | | | 250.00 |
| Account No. **xxxxx7266** <br><br> **Grant & Weber** <br> **14795 N. 78th Way Ste 800** <br> **Scottsdale, AZ 85260** | | H | **05/01/2005** <br> **Collection Attorney Chandler Regional Hospital** | | | | 125.00 |

Sheet no. __**16**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

793.44

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Aaron Peterson,**
         **Dannielle M Peterson**                                                    Case No. _____

                                                                  ,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx5913** <br><br> **Grant & Weber** <br> **14795 N. 78th Way Ste 800** <br> **Scottsdale, AZ 85260** | | H | | 05/01/2003 <br> **Collection Attorney Chandler Regional Hospital** | | | | 50.00 |
| Account No. **xxxxx9517** <br><br> **Grant & Weber** <br> **14795 N. 78th Way Ste 800** <br> **Scottsdale, AZ 85260** | | H | | 10/01/2003 <br> **Collection Attorney Chandler Regional Hospital** | | | | 50.00 |
| Account No. **xxxxxx/xxxxxx-6/A95** <br><br> **Grant & Weber Arizona, Inc.** <br> **14795 N. 78th Way Ste 800** <br> **Scottsdale, AZ 85260** | | H | | 06/16/2005 <br> **Medical Bill Chandler Regional Hospital** | | | | 130.61 |
| Account No. **xxxxxx/xxxxxx-7/A93** <br><br> **Grant & Weber Arizona, Inc.** <br> **14795 N. 78th Way Ste 800** <br> **Scottsdale, AZ 85260** | | H | | 11/17/2003 <br> **Medical Bill Chandler Regional Hospital** | | | | 52.92 |
| Account No. **xxxxxx/xxxxxx-6/A95** <br><br> **Grant & Weber Arizona, Inc.** <br> **14795 N. 78th Way Ste 800** <br> **Scottsdale, AZ 85260** | | H | | **Medical Bill Chandler Regional Hospital** | | | | 134.72 |

Sheet no. __17__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     418.25

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**                           Case No. _____
       **Dannielle M Peterson**

                                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx/xxxxxx-5/A92**<br><br>Grant & Weber Arizona, Inc.<br>14795 N. 78th Way Ste 800<br>Scottsdale, AZ 85260 | | H | **04/30/2004**<br>**Medical Bill Chandler Regional Hospital** | | | | 337.94 |
| Account No. **xxxxxx/xxxxxx-5/A25**<br><br>Grant & Weber Arizona, Inc.<br>14795 N. 78th Way Ste 800<br>Scottsdale, AZ 85260 | | H | **12/16/2003**<br>**Medical bill** | | | | 326.69 |
| Account No. **xxx553-9**<br><br>Grant & Weber Arizona, Inc.<br>14795 N. 78th Way Ste 800<br>Scottsdale, AZ 85260 | | H | **08/14/2003**<br>**Medical Bill Chandler Regional Hospital** | | | | 263.14 |
| Account No. **xx-xx6548**<br><br>Grundy Radiologists, INC.<br>PO Box 5997 Dept. 7014<br>Carol Stream, IL 60197-5997 | | W | **04/10/2008**<br>**Medical Bill** | | | | 41.40 |
| Account No. **xx6420**<br><br>Grundy Radiologists, INC.<br>PO Box 5997 Dept. 7014<br>Carol Stream, IL 60197-5997 | | H | **03/31/2009**<br>**Medical Bill** | | | | 44.00 |

Sheet no. __18__ of __46__ sheets attached to Schedule of                      Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)           **1,013.17**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**
       **Dannielle M Peterson**
_____,
                                                    Case No. _____
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx6420** <br><br> **Grundy Radiologists, INC.** <br> **PO Box 5997 Dept. 7014** <br> **Carol Stream, IL 60197-5997** | | H | 04-06-09 | | | | 5.52 |
| Account No. **xxxx4150** <br><br> **Harvard Collection Services, Inc.** <br> **4839 N. Elston Ave.** <br> **Chicago, IL 60630-2534** | | H | 03/03/2008 <br> **Utility Bill Comm Ed** | | | | 593.84 |
| Account No. **x7872** <br><br> **Healthcare Center of Morris Hospita** <br> **25259 S. Reed St.** <br> **Channahon, IL 60410** | | H | 06-28-2010 <br> **For Tyler Peterson** | | | | 30.00 |
| Account No. **x7079** <br><br> **Healthcare Center of Morris Hospita** <br> **25259 S. Reed St.** <br> **Channahon, IL 60410** | | W | 08-31-2009 <br> **For Victoria** | | | | 55.00 |
| Account No. **x6177** <br><br> **Healthcare Center of Morris Hospita** <br> **25259 S. Reed St.** <br> **Channahon, IL 60410** | | H | 01-05-2010 & 04-27-2010 | | | | 60.00 |

Sheet no. __**19**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

744.36

B6F (Official Form 6F) (12/07) - Cont.

In re    **Aaron Peterson,**
    **Dannielle M Peterson**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x6946**<br><br>**Healthcare Center of Morris Hospita**<br>**25259 S. Reed St.**<br>**Channahon, IL 60410** | | W | **02-08-2010 , 02-16-2010 , 05-14-2010 ,**<br>**06-28-2010 ,**<br>**For Kaylee Peterson** | | | | 120.00 |
| Account No. **xx6037**<br><br>**Healthcare Coll Inc.**<br>**2432 W. Peoria Ave. # 4-10**<br>**Phoenix, AZ 85029** | | W | **Medical Bill Banner Baywood Medical Ctr.** | | | | 50.00 |
| Account No. **xx7217**<br><br>**Healthcare Coll Inc.**<br>**2432 W. Peoria Ave. # 4-10**<br>**Phoenix, AZ 85029** | | J | **04/01/2004**<br>**Collection Attorney Banner Baywood Medical Ctr.** | | | | 200.00 |
| Account No. **xx0457**<br><br>**Healthcare Coll Inc.**<br>**2432 W. Peoria Ave. # 4-10**<br>**Phoenix, AZ 85029** | | H | **07/01/2004**<br>**Collection Attorney Banner Baywood Medical Ctr.** | | | | 100.00 |
| Account No. **xx0780**<br><br>**Healthcare Coll Inc.**<br>**2432 W. Peoria Ave. # 4-10**<br>**Phoenix, AZ 85029** | | H | **09/01/2004**<br>**Collection Attorney Banner Baywood Medical Ctr.** | | | | 100.00 |

Sheet no. __20__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

570.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**                                  Case No. _____
       **Dannielle M Peterson**

_____ ,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx7405**<br><br>Healthcare Coll Inc.<br>2432 W. Peoria Ave. # 4-10<br>Phoenix, AZ 85029 | | H | 11/01/2005<br>Collection Attorney Banner Health-Desert | | | | 100.00 |
| Account No. **xx2458**<br><br>Healthcare Coll Inc.<br>2432 W. Peoria Ave. # 4-10<br>Phoenix, AZ 85029 | | H | 12/01/2003<br>Collection Attorney Banner Baywood Medical Ctr. | | | | 50.00 |
| Account No. **xx0780**<br><br>Healthcare Coll Inc.<br>2432 W. Peoria Ave. # 4-10<br>Phoenix, AZ 85029 | | W | Medical Bill Banner Baywood Medical Ctr | | | | 100.00 |
| Account No. **xx7405**<br><br>Healthcare Collections Inc.<br>PO Box 82910<br>Phoenix, AZ 85071-2910 | | H | 12/05/2005<br>Medical Bill Desert Sameritan Hospital | | | | 100.00 |
| Account No. **xx0457**<br><br>Healthcare Collections Inc.<br>PO Box 82910<br>Phoenix, AZ 85071-2910 | | H | 08/20/2004<br>Medical Bill Banner Baywood Medical Ctr. | | | | 100.00 |

Sheet no. __21__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims
                                   Subtotal             **450.00**
                               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Aaron Peterson,**
    **Dannielle M Peterson**

Case No. _____

_____,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx7217**<br><br>Healthcare Collections Inc.<br>PO Box 82910<br>Phoenix, AZ 85071-2910 | | W | 05/26/2004<br>**Medical Bill Banner Baywood Medical Ctr.** | | | | 200.00 |
| Account No. **xx2458**<br><br>Healthcare Collections Inc.<br>PO Box 82910<br>Phoenix, AZ 85071-2910 | | H | 01/16/2004<br>**Medical Bill Banner Baywood Medical Ctr.** | | | | 50.00 |
| Account No. **xx6523**<br><br>Heart Care Centers of IL<br>PO Box 766<br>Bedford Park, IL 60499 | | H | 12-30-2009 , 01-13-2010 | | | | 24.66 |
| Account No. **xx5800**<br><br>Hidden Lakes Dental Care, P.C.<br>680 W. Boughton Rd  Suite 100<br>Bolingbrook, IL 60440 | | H | 06/25/2007<br>**Medical Bill** | | | | 70.00 |
| Account No. **6431**<br><br>Howd Medical LLC<br>PO Box 200<br>Seneca, IL 61360 | | J | 02/2008 - 03/2008<br>**Medical Treatment** | | | | 55.00 |

Sheet no. __22__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

399.66

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**
    **Dannielle M Peterson**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx6431** | | | | | 01/29/2009 **Medical Bill** | | | | |
| HOWD Medical LLC 271 N. Main St. Seneca, IL 61360 | | W | | | | | | | 55.00 |
| Account No. **xxxxxxxx0157** | | | | | **Other Bill** | | | | |
| HSBC Bank PO Box 5253 Carol Stream, IL 60197 | | W | | | | | | | 1,016.00 |
| Account No. **xx-xxxx262-8** | | | | | 11/21/2007 **Utility Bill** | | | | |
| Illinois American Water PO Box 578 Alton, IL 62002-0578 | | H | | | | | | | 856.83 |
| Account No. **xxxx4351** | | | | | 02/18/2009 **Other Bill** | | | | |
| Integrity Financial Parners, Inc. PO Box 11530 Overland Park, KS 66207-4230 | | H | | | | | | | 315.00 |
| Account No. **xxxxxxxx1769** | | | | | 06/01/2005 **Collection Attorney Wong Md Pb Sheila** | | | | |
| J R Brothers Finance 10000 N. 31st Ave. Ste .D20 Phoenix, AZ 85051 | | J | | | | | | | 140.00 |

Sheet no. __**23**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,382.83

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**                                                    Case No. _____
     **Dannielle M Peterson**
_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxxxxxx1769 <br><br> J R Brothers Finance <br> 10000 N. 31st Ave. Ste .D20 <br> Phoenix, AZ 85051 | J | | | 07/12/2005 <br> Medical Bill Sheila Wong MD | | | | 140.00 |
| Account No. xxx3585 <br><br> Jnr Adjustment Company <br> PO Box 27070 <br> Minneapolis, MN 55427 | J | | | 12/01/2004 <br> Returned Check Honey Baked Ham #52/2 | | | | 58.00 |
| Account No. 119 <br><br> Jnr Adjustment Company <br> PO Box 27070 <br> Minneapolis, MN 55427 | W | | | 12/08/2004 <br> Other Bill | | | | 58.29 |
| Account No. xxxxx8955 <br><br> KCRC <br> PO Box 30650 <br> Salt Lake City, UT 84130-0650 | W | | | 04/21/2007 <br> Other Bill Returned Check | | | | 93.95 |
| Account No. xxxxx21N1 <br><br> Kenneth Eisen & Assoc. <br> 777 E. Missouri Ave Ste. 1 <br> Phoenix, AZ 85014 | H | | | 05 Cable America Corp. | | | | 592.00 |

Sheet no. __24__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

              Subtotal
        (Total of this page)        **942.24**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Aaron Peterson,**
       **Dannielle M Peterson**                                        Case No. _____

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx04N1**<br><br>**Kenneth Eisen & Assoc.**<br>**777 E. Missouri Ave Ste. 1**<br>**Phoenix, AZ 85014** | | J | 09/01/2005<br>**Collection Attorney CableAmerica Corp.** | | | | 90.00 |
| Account No. **xx2350**<br><br>**Kenneth, Eisen & Associated, LTD**<br>**PO Box 7370**<br>**Phoenix, AZ 85011-7370** | | W | 09/08/2005<br>**Utility Bill Cable America Corp.** | | | | 90.27 |
| Account No. **xx3206**<br><br>**Kenneth, Eisen & Associates, LTD**<br>**PO Box 7370**<br>**Phoenix, AZ 85011-7370** | | H | 11/03/2004<br>**Utility Bill Cable America Corp.** | | | | 592.03 |
| Account No. **xx# xxx6638**<br><br>**Law offices of Joel Cardis, LLC**<br>**2006 Swede Rd., Suite 100**<br>**Norristown, PA 19401** | | W | **Lakeside Family Practice** | | | | 361.82 |
| Account No. **xxxxxxx804A**<br><br>**LDC Collection Systems**<br>**PO Box 52030**<br>**Phoenix, AZ 85072-2030** | | W | 03/21/2007<br>**Court Fees East Mesa Justice Court** | | | | 53.55 |

Sheet no. __**25**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
                          (Total of this page)       **1,187.67**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**
       **Dannielle M Peterson**                                                    Case No. _____

_____,
                                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxx2300 | | | | 05/17/2004 **Court Fees Clerk of Maricopa County Superior Court** | | | | |
| **LDC Collection Systems** PO Box 52110 Phoenix, AZ 85072-2110 | | H | | | | | | 197.54 |
| Account No. xx xxx8041 | | | | **East Mesa Justice Court** | | | | |
| **LDC Collection Systems** PO Box 52030 Phoenix, AZ 85072-2030 | | W | | | | | | 95.20 |
| Account No. xxxxxxxx xx xxx-7344 | | | | | | | | |
| **Lincare** 3556 Lakeshore Rd Ste. 214 Blasdell, NY 14219 | | H | | | | | | 496.22 |
| Account No. xxx xxxxxx6844 | | | | 07/25/2005 **Other Bill** | | | | |
| **LTD Financial Services, L.P.** 7322 Southwest Freeway Suite 1600 Houston, TX 77074 | | H | | | | | | 540.99 |
| Account No. xx5692 | | | | 05/10/2006 **Medical Bill** | | | | |
| **M & M Orthopedics LTD** 4115 Fairview Ave. Downers Grove, IL 60515 | | W | | | | | | 384.00 |

Sheet no. __26__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **1,713.95**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**
       **Dannielle M Peterson**                                          Case No. _____

_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx7195**<br><br>**Maricopa County Attorney**<br>**100 W. Washington St. Suite 2000**<br>**Phoenix, AZ 85003-0014** | | W | | **09/05/2005**<br>**Other Bill Overdrawn Check Bounced** | | | | 266.84 |
| Account No. **4519**<br><br>**Mark Gentile MD**<br>**908B W. Chandler BLVD # 4**<br>**Chandler, AZ 85225** | | H | | **01/16/2004**<br>**Medical Bill** | | | | 263.00 |
| Account No. **4519**<br><br>**Mark Gentile MD**<br>**908B W. Chandler BLVD # 4**<br>**Chandler, AZ 85225** | | H | | **11/07/2003**<br>**Medical Bill** | | | | 81.00 |
| Account No. **4364**<br><br>**Mark Gentile MD**<br>**908B W. Chandler BLVD # 4**<br>**Chandler, AZ 85225** | | H | | **12/05/2003**<br>**Medical Bill** | | | | 304.00 |
| Account No. **5514.....**<br><br>**Marquette Consumer Finance**<br>**3033 Campus Dr Ste N150**<br>**Minneapolis, MN 55441** | | J | | **Car Loan** | | | | 3,178.00 |

Sheet no. __**27**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,092.84

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron Peterson,**
      **Dannielle M Peterson**                                Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7995**<br><br>**Master Financial Group, INC.**<br>**PO Box 28317**<br>**Tempe, AZ 85285-8317** | | H | **04/01/2000 - 04/25/2000**<br>**Medical Bill Chandler Regional Hospital** | | | | 1,478.26 |
| Account No. **xxxxxx5063**<br><br>**Medical Business Bureau, LLC**<br>**1175 Devin Dr. STE 173**<br>**Muskegon, MI 49441** | | W | **12/12/2008**<br>**Medical Bill Grundy Radiologists INC.** | | | | 51.80 |
| Account No. **xxxxxx1275**<br><br>**Merchants Cr**<br>**223 W. Jackson St**<br>**Chicago, IL 60606** | | H | **Med1 02 Edward Hospital** | | | | 1,139.00 |
| Account No. **xxxxxx1428**<br><br>**Merchants Cr**<br>**223 W. Jackson St**<br>**Chicago, IL 60606** | | H | **Med1 02 Edward Hospital** | | | | 255.00 |
| Account No. **xxxxxx1744**<br><br>**Merchants Cr**<br>**223 W. Jackson St**<br>**Chicago, IL 60606** | | H | **Med1 02 Edward Hospital** | | | | 250.00 |

Sheet no. __28__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      3,174.06

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Aaron Peterson,**
     **Dannielle M Peterson**

Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1112**<br><br>Merchants Cr<br>223 W. Jackson St<br>Chicago, IL 60606 | | H | Med1 02 Edward Hospital | | | | 133.00 |
| Account No. **xxxxxx0439**<br><br>Merchants Cr<br>223 W. Jackson St<br>Chicago, IL 60606 | | H | Med1 02 Edward Hospital | | | | 100.00 |
| Account No. **xx-xxxxx1275**<br><br>Merchants Credit Guide Co.<br>223 W. Jackson BLVD<br>Chicago, IL 60606 | | H | 05/15/2008<br>Medical Bill Edward Hospital | | | | 1,139.75 |
| Account No. **xx-xxxxx1112**<br><br>Merchants Credit Guide Co.<br>223 W. Jackson BLVD<br>Chicago, IL 60606 | | H | 01/12/2008<br>Medical Bill Edward Hospital | | | | 133.34 |
| Account No. **xx-xxxxx0439**<br><br>Merchants Credit Guide Co.<br>223 W. Jackson BLVD<br>Chicago, IL 60606 | | H | 11/01/2007<br>Medical Bill Edward Hospital | | | | 350.00 |

Sheet no. **29** of **46** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **1,856.09**

B6F (Official Form 6F) (12/07) - Cont.

In re **Aaron Peterson,**
      **Dannielle M Peterson**

Case No. _____

_____,
                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5122** <br><br> **Metro Inf. DIS. Consultants, LLC** <br> **500 E. Ogden Ste C** <br> **Hinsdale, IL 60521-2480** | | J | 03/16/2006 <br> **Medical Bill** | | | | **41.24** |
| Account No. **xx0423...** <br><br> **Midland Credit MGMT** <br> **8875 Aero Drive** <br> **San Diego, CA 92123** | | W | **Other Bill Household/arbor** | | | | **1,017.00** |
| Account No. **x5090** <br><br> **Midwest Center for Sleep Disorder** <br> **P.O. Box 2091** <br> **Aurora, IL 60507** | | H | 01-26-2010 | | | | **35.00** |
| Account No. **x7298** <br><br> **Midwest Ear, Nose & Throat Consult** <br> **503 Thornhill Dr** <br> **Carol Stream, IL 60188-2780** | | H | 03/29/2006 <br> **Medical Bill** | | | | **630.00** |
| Account No. **xxx3109** <br><br> **Miramed Revenue Group LLC** <br> **Dept. 77304** <br> **PO Box 77000** <br> **Detroit, MI 48277-0304** | | J | **Morris Hospital** | | | | **201.68** |

Sheet no. __30__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,924.92**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Aaron Peterson,**
      **Dannielle M Peterson** 

                             Debtors                     Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx2069**<br><br>MiraMed Revenue Group LLC<br>Dept. 77304<br>PO Box 77000<br>Detroit, MI 48277-0304 | | H | | 08/28/2008<br>**Medical Bill Morris Hospital** | | | | 14,404.92 |
| Account No. **xxxxxxxx2069**<br><br>MiraMed Revenue Group LLC<br>PO Box 536<br>Linden, MI 48451-0563 | | H | | 02/23/2008<br>**Medical Bill Morris Hospital** | | | | 934.51 |
| Account No. **xxx5182**<br><br>Miramed Revenue Group LLC<br>Dept. 77304<br>PO Box 77000<br>Detroit, MI 48277-0304 | | J | | **Morris Hospital** | | | | 1,584.71 |
| Account No. **xxxxxxxx3739**<br><br>MiraMed Revenue Group LLC<br>PO Box 536<br>Linden, MI 48451-0536 | | H | | 09/11/2008<br>**Medical Bill Morris Hospital** | | | | 593.00 |
| Account No. **xxxxxxx # x3520**<br><br>Morris Healthmart<br>2405 Sycamore Dr.<br>Morris, IL 60450 | | H | | 09-08-2009<br>**Ankle Aircast** | | | | 9.21 |

Sheet no. __31__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

           Subtotal
       (Total of this page)       **17,526.35**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**                                          Case No. _____
       **Dannielle M Peterson**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx7334**<br><br>**Morris Hospital**<br>**150 West High Street**<br>**Morris, IL 60450** | | H | | **01/05/2009**<br>**Medical Bill** | | | | **57.20** |
| Account No. **xxxxxxxx7122**<br><br>**Morris Hospital**<br>**150 West High Street**<br>**Morris, IL 60450** | | J | | **07/13/2009**<br>**Medical Care** | | | | **210.51** |
| Account No. **xxxxxxxx1067**<br><br>**Morris Hospital**<br>**150 West High Street**<br>**Morris, IL 60450** | | J | | **04/06/2009** | | | | **144.48** |
| Account No. **xxxxxxxx7782**<br><br>**Morris Hospital**<br>**150 West High St.**<br>**Morris, IL 60450** | | H | | **09-08-2009** | | | | **286.85** |
| Account No. **xxxxxxx9156**<br><br>**Morris Hospital**<br>**150 West High Street**<br>**Morris, IL 60450** | | W | | **12-21-2009** | | | | **21.16** |

Sheet no. __**32**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **720.20**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Aaron Peterson,**                                  Case No. _____

        **Dannielle M Peterson**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx9361**<br><br>Morris Hospital<br>150 West High Street<br>Morris, IL 60450 | | W | 12-22-2009 | | | | 93.47 |
| Account No. **xxxxxxxx1777**<br><br>Morris Hospital<br>150 West High Street<br>Morris, IL 60450 | | H | 12-30-2009 | | | | 123.43 |
| Account No. **xxxxxxxx1832**<br><br>Morris Hospital<br>150 West High Street<br>Morris, IL 60450 | | H | 12-30-2009 | | | | 1,213.29 |
| Account No. **xxxxxxx3599**<br><br>Morris Hospital<br>150 West High Street<br>Morris, IL 60450 | | H | 01-05-2010 | | | | 27.43 |
| Account No. **xxxxxxx4960**<br><br>Morris Hospital<br>150 West High Street<br>Morris, IL 60450 | | H | 01-11-2010 | | | | 91.99 |

Sheet no. **33** of **46** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                     Subtotal
             (Total of this page)      **1,549.61**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron Peterson,**
     **Dannielle M Peterson**

Case No. _____

                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx3237**<br><br>**Morris Hospital**<br>**150 West High Street**<br>**Morris, IL 60450** | | H | **01-29-2010**<br>**For Kaylee Peterson** | | | | 590.53 |
| Account No. **xxxxxxxx4145**<br><br>**Morris Hospital**<br>**150 West High Street**<br>**Morris, IL 60450** | | H | **04-20-2010** | | | | 47.56 |
| Account No. **xxxxxxxx1067**<br><br>**Morris Hospital Business Office**<br>**150 West High Street**<br>**Morris, IL 60450** | | H | **04/06/2009**<br>**Medical Bill** | | | | 144.48 |
| Account No. **xx8623**<br><br>**Naperville Radiologists S.C.**<br>**6910 S. Madison St.**<br>**Willowbrook, IL 60527-5504** | | H | **01/24/2006**<br>**Medical Bill** | | | | 6.64 |
| Account No. **xx2765**<br><br>**Naperville Radiologists S.C.**<br>**6910 S. Madison St.**<br>**Willowbrook, IL 60527-5504** | | H | **07/31/2006**<br>**Medical Bill** | | | | 352.00 |

Sheet no. __**34**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,141.21

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**                                                    Case No. _____
     **Dannielle M Peterson**
_____,
                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx2765** <br><br> **Naperville Radiologists S.C.** <br> **6910 S. Madison St.** <br> **Willowbrook, IL 60527-5504** | | W | 08/2/2006 <br> **Medical Bill.  This is a bill that was partial to another bill that was previously added on another creditor I added** | | | | 11.00 |
| Account No. **xxxxxx/ xxxxxx4165** <br><br> **NCO Fianancial Systems, Inc.** <br> **507 Prudential Rd.** <br> **Horsham, PA 19044** | | W | **Lakeside Family Practice** | | | | 371.53 |
| Account No. **xxxxx2213** <br><br> **NCO Fin/99** <br> **PO Box 15636** <br> **Wilmington, DE 19850** | | W | **Utility Bill Salt River Project** | | | | 60.00 |
| Account No. **xxxxxx1100** <br><br> **NCO Financial Systems INC** <br> **PO Box 15630 Dept. 99** <br> **Wilmington, DE 19850** | | W | 11/03/2007 <br> **Other Bill BMG Music Service** | | | | 32.13 |
| Account No. **xxxxxx1969** <br><br> **NCO Financial Systems Inc.** <br> **PO Box 15740** <br> **Wilmington, DE 19850-5740** | | H | 12/08/2007 <br> **Utility Bill  Nicor Gas** | | | | 248.15 |

Sheet no. __35__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                               (Total of this page)       722.81

B6F (Official Form 6F) (12/07) - Cont.

In re **Aaron Peterson,**              Case No. _____
      **Dannielle M Peterson**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx1972**<br><br>**NCO Financial Systems Inc.**<br>**PO Box 15740**<br>**Wilmington, DE 19850-5740** | | H | | **03/12/2008**<br>**Utility Bill Nicor Energy Services** | | | | 31.32 |
| Account No. **xx2190**<br><br>**Nicor Gas**<br>**Attention: Bankruptcy Department**<br>**1844 W. Ferry Rd.**<br>**Aurora, IL 60507** | | H | | **11/09/2005   Last Active 3/07/07**<br>**Agriculture** | | | | 230.00 |
| Account No. **xxxxx4589**<br><br>**Northlanbd Group Inc.**<br>**PO Box 390846**<br>**Minneapolis, MN 55439** | | H | | **Capital One/Best Buy** | | | | 162.32 |
| Account No. **xxxxx4589**<br><br>**Northland Group INC.**<br>**PO Box 390864**<br>**Minneapolis, MN 55439** | | H | | **01/14/2009**<br>**Store Card Capital One/Best Buy** | | | | 189.38 |
| Account No. **xxxxx4806**<br><br>**Omnium Worldwide, INC**<br>**PO Box 95684842**<br>**Saint Louis, MO 63195** | | H | | **01/12/2007**<br>**Utility Bill Qwest Communications** | | | | 238.32 |

Sheet no. __36__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

           Subtotal      851.34
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Aaron Peterson,**
**Dannielle M Peterson**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxx7563** | | | | Med1 02 Morris Hospital | | | | |
| **Pellettieri** **991 Oak Creek Dr.** **Lombard, IL 60148** | | H | | | | | | 935.00 |
| Account No. **xxx0296** | | | | 10/18/2007 Utility Bill AT&T Wireless Service | | | | |
| **Penn Credit Corp.** **PO Box 988** **Harrisburg, PA 17108-0988** | | H | | | | | | 493.20 |
| Account No. **xxxxxx2627** | | | | 10-19-2007 Juniper Lane Water Charges | | | | |
| **Penn Credit Corporation** **PO Box 988** **Harrisburg, PA 17108** | | H | | | | | | 856.83 |
| Account No. **xxxxA000** | | | | 11/07/2008 Medical Bill | | | | |
| **Peter Analytis/Joliet Headache** **801 N. Larkin Ave. Suite 103** **Joliet, IL 60435** | | H | | | | | | 137.80 |
| Account No. **xxxx8215** | | | | 07/03/2008 Utility Bill American Water | | | | |
| **Phillips & Cohen Assoc. LTD** **258 Chapman Rd. Suite 205** **Newark, DE 19702** | | H | | | | | | 578.58 |

Sheet no. __37__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,001.41

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**
      **Dannielle M Peterson**                                               Case No. _____

_____ ,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-xx1770**<br><br>**Pinnacle Financial Group, INC.**<br>**7825 Washington Ave. South  Suite 4**<br>**Minneapolis, MN 55439** | | J | 02/05/2003<br>**Mecial Bill Suburban Radiological Consult** | | | | 28.00 |
| Account No. **xxxxx-xx6561**<br><br>**Progressive Medical Associates**<br>**PO Box 7127**<br>**Phoenix, AZ 85011** | | H | 08/01/2005<br>**Medical Bill  Unite Health Care PO Box 30555, Salt Lake City, UT 84130** | | | | 335.00 |
| Account No. **xx5517**<br><br>**Pueblo Pediatrics LTD**<br>**2152 S. Vineyard**<br>**Mesa, AZ 85210** | | H | 10/24/2003<br>**Medical Bill** | | | | 5.00 |
| Account No. **xxxxxx7124**<br><br>**Quest Diagnostics**<br>**PO Box 64804**<br>**Baltimore, MD 21264-4800** | | W | 08/16/2006<br>**Medical Bill** | | | | 41.00 |
| Account No. **xxxxxxx6513**<br><br>**Reliable Adjustment Bureau INC**<br>**2655 A Park Center Dr.**<br>**Chandler, AZ 85225-1735** | | H | 04/30/2003<br>**Othe Bill** | | | | 105.12 |

Sheet no. __**38**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

514.12

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Aaron Peterson,**
       **Dannielle M Peterson**

Case No. _____

_____,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2138** <br><br> **Revenue Production Management, INC** <br> **PO Box 673775** <br> **Detroit, MI 48267-3775** | | H | **07/13/2007** <br> **Medical Bill Edward Hospital** | | | | 1,275.50 |
| Account No. **xxxxxx4168** <br><br> **Revenue Production Management, INC** <br> **PO Box 830913** <br> **Birmingham, AL 35283-0913** | | H | **06/05/2006** <br> **Medical Bill Edward Hospital** | | | | 250.00 |
| Account No. **xxxxxx9253** <br><br> **Revenue Production Management, INC** <br> **PO Box 830913** <br> **Birmingham, AL 35283-0913** | | W | **12/04/2006** <br> **Medical Bill Edward Hospital** | | | | 255.05 |
| Account No. **xxxxxx2588** <br><br> **Revenue Production Management, INC** <br> **PO Box 830913** <br> **Birmingham, AL 35283-0913** | | H | **03/02/2006** <br> **Medical Bill Edward Hospital** | | | | 250.00 |
| Account No. **xxxxxx3856** <br><br> **Revenue Production Management, INC** <br> **PO Box 830913** <br> **Birmingham, AL 35283-0913** | | H | **04/21/2006** <br> **Medical Bill Edward Hospital** | | | | 100.00 |

Sheet no. __39__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,130.55

B6F (Official Form 6F) (12/07) - Cont.

In re    **Aaron Peterson,**
      **Dannielle M Peterson**                      Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6714**<br><br>**Revenue Production Mgmt.**<br>**PO Box 77000 Dept. 77308**<br>**Detroit, MI 48277-0308** | | H | **12/12/2007**<br>**Medical Bill Edward Hospital** | | | | 1,297.50 |
| Account No. **xxxx3279**<br><br>**Riddle & Wood, P.C.**<br>**PO Box 1187**<br>**Sandy, UT 84091-1187** | | H | **09/26/2008**<br>**Credit Card** | | | | 877.80 |
| Account No. **xxxxxx1770**<br><br>**RJM Acqusitions LLC**<br>**PO Box 18006**<br>**Hauppauge, NY 11788-8806** | | J | **01/16/2009**<br>**Bank Overdraft Wells Fargo Bank Checking Acct-Overdrawn** | | | | 148.68 |
| Account No. **xxxxxx4120**<br><br>**RJM Acqusitions LLC**<br>**PO Box 18006**<br>**Hauppauge, NY 11788-8806** | | H | **04/22/2008**<br>**Bank Overdraft  Bank Of America** | | | | 105.12 |
| Account No. **x2129**<br><br>**Robert J Miller MD**<br>**1315 Macom Dr.  Suite 203**<br>**Naperville, IL 60564** | | H | **06/07/2008**<br>**Medical Bill** | | | | 38.74 |

Sheet no. __40__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal       **2,467.84**
                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**
    **Dannielle M Peterson**
                                         Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x2132**<br><br>**Robert J Miller MD**<br>**1315 Macom Dr.  Suite 203**<br>**Naperville, IL 60564** | | H | **01/05/2008**<br>**Medical Bill** | | | | 13.20 |
| Account No. **x2427**<br><br>**Robert J Miller MD**<br>**1315 Macom Dr.  Suite 203**<br>**Naperville, IL 60564** | | W | **06/07/2008**<br>**Medical Bill** | | | | 302.40 |
| Account No. **xxx-xx1267**<br><br>**Robert R Mucci**<br>**PO Box 190**<br>**West Chicago, IL 60186** | | W | **03/31/2009**<br>**Medical Bill  Grand Dental Associates regarding Tyler Peterson and Kayhlee Peterson** | | | | 103.90 |
| Account No. **xxx-xx1267**<br><br>**Robert R. Mucci**<br>**P O Box 190**<br>**West Chicago, IL 60186** | | J | **Grand Dental** | | | | 69.90 |
| Account No. **xxx-xx1268**<br><br>**Robert R. Mucci**<br>**P O Box 190**<br>**West Chicago, IL 60186** | | J | **Grand Dental** | | | | 34.00 |

Sheet no. __41__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

523.40

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron Peterson,**
       **Dannielle M Peterson**                                                 Case No. _____

                                                            ,
                                               Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3806**<br><br>**RPM Receivables Performance Mgt.**<br>**1930 220th St. SE Suite 101**<br>**Bothell, WA 98021** | | H | 02/10/2005<br>**Other Bill  Sherman Acquistition LLC** | | | | 541.08 |
| Account No. **xxxxxxxx4370**<br><br>**San Marcos Justice Court**<br>**201 E. Chicago St.**<br>**Chandler, AZ 85225** | | J | 07/17/2003<br>**Judgment Lien  Civil claim judgment Palm Trails Apt.** | | | | 1,007.00 |
| Account No. **xxx # x0751**<br><br>**Scottsdale Collection Services, LLC**<br>**7900 E. Greenway Rd. # 201**<br>**Scottsdale, AZ 85260-1715** | | H | 10/08/2004<br>**Medical Bill  Mark H Wilson** | | | | 15.17 |
| Account No. **xxx6199**<br><br>**Southwest Ambulance**<br>**PO Box 52793**<br>**Phoenix, AZ 85072** | | H | 11/16/2005<br>**Medical Bill  Ivoice # 3875970** | | | | 129.31 |
| Account No. **xxxxx9023**<br><br>**State of Ill. Dept of Revenue**<br>**PO Box 19035**<br>**Springfield, IL 62794** | | W | 2005 | | | | 614.39 |

Sheet no. __**42**__ of __**46**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,306.95**

B6F (Official Form 6F) (12/07) - Cont.

In re **Aaron Peterson,**
    **Dannielle M Peterson**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxx3481** <br><br> **Tate & Kirlin Associates** <br> **2810 Southampton Rd.** <br> **Philadelphia, PA 19154** | | W | | **01/18/2006** <br> **Other Bill EMCC Linc** | | | | 529.88 |
| Account No. **xxx4743** <br><br> **Tate & Kirlin Associates** <br> **2810 Southampton Rd.** <br> **Philadelphia, PA 19154** | | H | | **07/03/2006** <br> **Other Bill** | | | | 540.99 |
| Account No. **x4782** <br><br> **The Bureaus, Inc.** <br> **1676** <br> **Momentum Place** <br> **Chicago, IL 60689** | | W | | **VCA Channahon Animal Hosp.** | | | | 145.90 |
| Account No. **xxxxA000** <br><br> **Timothy Walker, MD** <br> **1501 N. Gilbert Rd.  Suite 120** <br> **Gilbert, AZ 85243-2393** | | H | | **08/26/2005** <br> **Medical Bill** | | | | 20.00 |
| Account No. **xxxxA000** <br><br> **Timothy Walker, MD** <br> **1501 N. Gilbert Rd.  Suite 120** <br> **Gilbert, AZ 85243-2393** | | H | | **06/06/2005** <br> **Medical Bill** | | | | 95.12 |

Sheet no. __43__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,331.89**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron Peterson,**
    **Dannielle M Peterson**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-xxxxxx4165**<br><br>**Transworld Systems**<br>**PO Box 1864**<br>**Santa Rosa, CA 95402** | | W | 09/25/2008<br>**Medical Bill  Lakeside family Practice 1315 Macom Dr. #203 Naperville, IL  60564** | | | | 354.34 |
| Account No. **xxxxx-xxxxxx9549**<br><br>**Transworld Systems Inc. Collection**<br>**1375 East Woodfield Rd.  #110**<br>**Schaumburg, IL 60173** | | H | **Trugreen** | | | | 29.95 |
| Account No. **xxxxxxxxx7605**<br><br>**TRS Recovery Services, INC.**<br>**5251 Westheimer**<br>**Houston, TX 77056** | | W | 03/27/2003<br>**Other Bill Safeway of returned check** | | | | 25.00 |
| Account No. **xxxxx2073**<br><br>**Trustmark Recovery Services**<br>**541 Otis Bowen**<br>**Munster, IN 46321** | | W | 01/20/2009<br>**Medical Bill Univerity of Chicago Hospitals** | | | | 1,042.42 |
| Account No. **xxxxxx-xxx2325**<br><br>**Trustmark Recovery Services**<br>**541 Otis Bowen**<br>**Munster, IN 46321** | | W | 01/20/2009<br>**Medical Bill University of Chicago Pysician's Group** | | | | 153.60 |

Sheet no. __44__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,605.31

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Peterson,**
**Dannielle M Peterson**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0191**<br><br>**Trustmark Recovery Services**<br>**541 Otis Bowen**<br>**Munster, IN 46321** | | W | 04/21/2009<br>**Medical Bill University of Chicago Pysician's Group and University of Chicago Hospitals** | | | | 1,196.02 |
| Account No. **xxxx0986**<br><br>**U.S. Collections West, Inc.**<br>**PO Box 39695**<br>**Phoenix, AZ 85069** | | J | 11/17/2003<br>**Rent Autumn Creek/Bamsi** | | | | 377.12 |
| Account No. **xxxx0182**<br><br>**United Collect Bur Inc.**<br>**5620 Southwyck Blvd.**<br>**Toledo, OH 43614** | | J | 09/01/2006<br>**Collection Attorney Meijer Inc.** | | | | 120.00 |
| Account No. **xxxxxxxx 0857**<br><br>**United Collection  Bureau, Inc.**<br>**5620 Southwyck Blvd.  Suite 206**<br>**Toledo, OH 43614** | | W | 09/26/2006<br>**Other Bill  Meijer Inc.** | | | | 119.66 |
| Account No. **xxxxxxxxxxx4131**<br><br>**US Collections West Inc.**<br>**PO Box 39695**<br>**Phoenix, AZ 85069** | | W | 08/2003<br>**Rent Palm Trails Apts.** | | | | 5,032.00 |

Sheet no. __45__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,844.80

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron Peterson,**
      **Dannielle M Peterson**                                    Case No. _____

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-xx7115**<br><br>**Valley Collection Service**<br>**PO Box 520**<br>**Glendale, AZ 85311-0520** | | H | | **05/07/2003**<br>**Court Fees Gilbert Municpal Court** | | | | **1,081.50** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __46__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal
                           (Total of this page)      **1,081.50**

                                          Total
           (Report on Summary of Schedules)      **97,799.41**

B6G (Official Form 6G) (12/07)

.

In re   **Aaron Peterson,**                                          Case No. _____
         **Dannielle M Peterson**
_____ ,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Jason Buendgen**<br>**43 Foxcroft Rd.**<br>**Naperville, IL 60565** | **Lessee on Lease  Rent on Residence** |
| **La Fitness**<br>**1745 Route 59**<br>**Plainfield, IL 60586** | **Purchaser on Contract F4933722 Signed**<br>**12/04/2008 Expires 02/20/2009** |
| **Marquette Consumer Finance**<br>**PO Box 5004**<br>**Westfield, IN 46074** | **Purchaser on Contract   2003 Ford Focus** |
| **Verizon**<br>**777 Big Timber Rd**<br>**Elgin, IL 60123** | **Purchaser on Contract  485755667-00001** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Aaron Peterson,**                                        Case No. _____
      **Dannielle M Peterson**

_____,
                         Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **Aaron Peterson**
    **Dannielle M Peterson** _____     Case No. _____
                             Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter**<br>**Son** | AGE(S):<br>**14**<br>**6**<br>**7** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **DISTRICT MANAGER** | **Flooring Sales Associate** |
| Name of Employer | **SPORTS AUTHORITY** | **Home Depot** |
| How long employed | **9 Years** | **3.5** |
| Address of Employer | **301 S. RT 59**<br>**Aurora, IL** | **621 Brook Forest Ave.**<br>**Joliet, IL 60431** |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **4,487.76** | $ | **1,326.63** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **4,487.76** | $ | **1,326.63** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **424.00** | $ | **244.38** |
|    b. Insurance | $ | **6.00** | $ | **502.97** |
|    c. Union dues | $ | **0.00** | $ | **0.00** |
|    d. Other (Specify):  **401 K  Loan Repay** | $ | **72.61** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **502.61** | $ | **747.35** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,985.15** | $ | **579.28** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,985.15** | $ | **579.28** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **4,564.43** | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Aaron Peterson**
       **Dannielle M Peterson**                                              Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,600.00 |
| a. Are real estate taxes included?            Yes ____      No  **X** | | |
| b. Is property insurance included?            Yes ____      No  **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 150.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 240.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 142.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 120.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 35.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 130.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **First Financial** | $ | 416.00 |
| Other    **First Financial** | $ | 200.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,108.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I       $ | 4,564.43 |
| b. | Average monthly expenses from Line 18 above       $ | 4,108.00 |
| c. | Monthly net income (a. minus b.)       $ | 456.43 |

B6J (Official Form 6J) (12/07)

In re    **Aaron Peterson**
      **Dannielle M Peterson**               Case No. _____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cable & Internet** | $ | **100.00** |
| **Alarm** | $ | **42.00** |
| **Total Other Utility Expenditures** | $ | **142.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Aaron Peterson**
       **Dannielle M Peterson**
                                            Debtor(s)

Case No.
Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **62**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **December 29, 2010**                Signature    **/s/ Aaron Peterson**
                                                              **Aaron Peterson**
                                                              Debtor

Date    **December 29, 2010**                Signature    **/s/ Dannielle M Peterson**
                                                              **Dannielle M Peterson**
                                                              Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                   Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Aaron Peterson**
**Dannielle M Peterson**

Debtor(s)

Case No. _____

Chapter    **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,445.63 | **2009 WIFE  Home Depot** |
| $13,902.69 | **2008 WIFE  Home Depot** |
| $18,314.00 | **2007 WIFE  Home Depot** |
| $20,194.92 | **2009 HUSBAND  The Sports Authority** |
| $53,366.06 | **2008 HUSBAND  The Sports Authority** |
| $61,376.08 | **2007 HUSBAND  The Sports Authority** |
| $1,319.47 | **2007 WIFE  Pizza Hut** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Rancho Santa Fe Thrift & Loan Association, a foreign corporation, Plaintiff vs. Dannielle M. Tkaczyk (kna Dannielle Peterson) and Aaron Peterson Case # CV 04-06779 RA** | **Judgment** | **Chandler Justice Court Maricopa County, AZ** | **Garnishment** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

**9.  Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Randolph M Gordon, Ltd.** **220 W. Main St.** **PO Box 547** **Morris, IL 60450** | **Unpaid  Hyatt Legal Plan to pay** | **895.00 To be Paid** |

**10.  Other transfers**

None
■    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **232 Juniper Lane**<br>**Bolingbrook, IL 60440** | | **Oct. 2005 -- Sept. 2007** |
| **25652 S. Bridlepath Lane**<br>**Channahon, IL 60410** | **Aaron Peterson**<br>**Dannielle Peterson** | **2007 -- 2009** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

    *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

    *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■
    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■
    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■
    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■
    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■
    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND

TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **December 29, 2010**

Signature  **/s/ Aaron Peterson**

**Aaron Peterson**
Debtor

Date  **December 29, 2010**

Signature  **/s/ Dannielle M Peterson**

**Dannielle M Peterson**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Aaron Peterson**
       **Dannielle M Peterson**                        Case No. _____
                              Debtor(s)      Chapter     **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Marquette Cons/first 1** | **Describe Property Securing Debt:**<br>**Automobile** |

Property will be (check one):
     ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
     ☐ Redeem the property
     ■ Reaffirm the debt
     ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
     ■ Claimed as Exempt             ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   <u>**December 29, 2010**</u>         Signature   **/s/ Aaron Peterson**
                                              **Aaron Peterson**
                                              Debtor

Date   <u>**December 29, 2010**</u>         Signature   **/s/ Dannielle M Peterson**
                                               **Dannielle M Peterson**
                                              Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re **Aaron Peterson**
**Dannielle M Peterson**

Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **895.00** |
| Prior to the filing of this statement I have received | $ **0.00** |
| Balance Due | $ **895.00** |

2.  $ **299.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):

4.  The source of compensation to be paid to me is:

☐ Debtor    ■ Other (specify): **Hyatt Legal Plan**

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **December 29, 2010**

**/s/ Randolph M Gordon**
**Randolph M Gordon**
**Randolph M Gordon, Ltd.**
**220 W. Main St.**
**P.O. Box 547**
**Morris, IL 60450**
**815-942-2554  Fax: 815-942-9212**
**rmgordonesq@sbcglobal.net**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Aaron Peterson**
**Dannielle M Peterson**
                    Debtor(s)        Case No. _____
Chapter  **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Aaron Peterson** | X | **/s/ Aaron Peterson** | **December 29, 2010** |
|---|---|---|---|
| **Dannielle M Peterson** | | | |
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| | | | |
| Case No. (if known) _____ | X | **/s/ Dannielle M Peterson** | **December 29, 2010** |
| | | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re | **Aaron Peterson**
**Dannielle M Peterson**

Debtor(s)

Case No.
Chapter | **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: | **235**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: | **December 29, 2010**

**/s/ Aaron Peterson**
**Aaron Peterson**
Signature of Debtor

Date: | **December 29, 2010**

**/s/ Dannielle M Peterson**
**Dannielle M Peterson**
Signature of Debtor

A.C.S.I. - Revenue Mangement Corp.
520 Main St. Stuite 202
Waltham, MA 02452-5549


Advance Pay Systems, INC.
490 Wheeler Rd Suite 220
Hauppauge, NY 11788


AFNI
404 Brock Drive
Bloomington, IL 61702-3517


Afni, Inc.
404 Brock Drive
P.O. Box 3427
Bloomington, IL 61702-3427


AFNI, Inc.
404 Brock Drive
Bloomington, IL 61702-3427


Alliedinterstate
P.O. Box 361477
Columbus, OH 43236


American Medical Collection Agency
PO Box 1235
Elmsford, NY 10523-0935


American Medical Collection Agency
2269 S. Saw Mill River RD Bldg 3
Elmsford, NY 10523


Anasazi Medical Clinic PC
2525 W. Beryl Ave
Mesa, AZ 85201-1606


Anes Cons Of Morris LLC
PO Box 88271
Chicago, IL 60680-1271


Apache Juntion Justice Court
150 N. Ocotillo Dr.
Apache Junction, AZ 85220

APS
PO Box 2907
Phoenix, AZ 85062-2907


Arizona Children's Surgery P.C.
PO Box 40487
Mesa, AZ 85274-0487


Arizona Public Service
PO Box 53999
Phoenix, AZ 85072


Arizona Public Service
PO Box 53999
Phoenix, AZ 85072


ARM Accounts Receivable Management
PO Box 129
Thorofare, NJ 08086-0129


Armor Systems Co
1700 Kiefer Dr   Suite 1
Zion, IL 60099


Armor Systems Corporation
2322 N. Green Bay Rd.
Waukegan, IL 60087-4209


Assest Acceptance LLC
PO Box 2036
Warren, MI 48090-2036


Asset Acceptance LLC
5250 Prue Rd.
San Antonio, TX 78240


Associated Radiologists, LTD
PO Box 98311
Phoenix, AZ 85072


Associated Recovery Systems
PO Box 469046
Escondido, CA 92046-9046

ATG Credit, LLC
PO Box 14895
Chicago, IL 60614-4523


Bank Of America
100 N. Broadway
Saint Louis, MO 63102-2738


Banner Baywood Med Center
PO Box 6239
Mesa, AZ 85216-6239


C/O Credit Protection Assoc
PO Box 802068
Dallas, TX 75380-2068


Calvalry Portfolio Services, LLC
PO Box 27288
Tempe, AZ 85285-7288


Calvary Portfolio Services
Attention: BAnkruptcy Department
PO Box 1017
Hawthorne, NY 10532


Camelback Anesthesia
PO Box 81349
Phoenix, AZ 85069-1349


Camelback Anesthesia PLLC
PO Box 81349
Phoenix, AZ 85069-1349


Camelback Anesthesia PLLC
PO Box 81349
Phoenix, AZ 85069-1349


Capital Management Services. LP
726 Exchange St. STE 700
Buffalo, NY 14210


Cbe Group
131 Tower Park Dr Suite 100
Waterloo, IA 50704

```
Cda/Pontiac
Attn: Bankruptcy
PO Box 213
Streator, IL 61364


Cda/Pontiac
Attn: Bankruptcy
PO Box 213
Streator, IL 61364


Cda/Pontiac
Attn: Bankruptcy
PO Box 213
Streator, IL 61364


Center for Dental Implants
24020 Rioverwalk Ct. Unit 112
Plainfield, IL 60544


Certegy Payment Recovery Services
3500 5th St.
Northport, AL 35476


Certified Services Inc
PO Box 177
Waukegan, IL 60079


Certified Services Inc.
PO Bo 177
Waukegan, IL 60079-0177


Chandler Family Pract
1076 W. Chandler Blvd. # 113
Chandler, AZ 85224


Chandler Family Pract
1076 W. Chandler Blvd. # 113
Chandler, AZ 85225


Chicago Osteopathic Healthcare
6715 Kingery HWY
Willowbrook, IL 60527-5141
```

City of Joliet Fire Department
150 West Jefferson St.
Joliet, IL 60432-4156

Clerk of the Superior Court
PO Box 53236
Phoenix, AZ 85072

Collection Company of
700 Longwater Dr.
Norwell, MA 02061

Collection Service Bur
PO Box 310
Scottsdale, AZ 85252

Collection Service Bur
PO Box 310
Scottsdale, AZ 85252

Cox Communications
PO Box 78071
Phoenix, AZ 85062-8071

Credit Control Corp.
11821 Rock Landing Dr.
Newport News, VA 23606

Credit Control Corp.
11821 Rock Landing Dr.
Newport News, VA 23606

Credit Management
4200 International Pwy.
Carrollton, TX 75007

Credit Management Cont
PO Box 1654
Green Bay, WI 54305

Credit Management Cont, INC
PO Box 1654
Green Bay, WI 54305-1654

CREDIT PROTECTION ASSOC
P O BOX 802068
Dallas, TX 75380-2068

Credit Protection Association, L.P.
13355 Noel Rd.
Dallas, TX 75240

Creditors Discount & Aud
415 E. Main St.
Streator, IL 61364

Creditors Discount & Audit Co.
P O Box 213
415 E. Main St.
Streator, IL 61364

Creditors Discount & Audit Co.
415 E. Main St.
PO Box 213
Streator, IL 61364

Creditors Discount & Audit Co.
P O Box 213
Streator, IL 61364

Creditors Discount & Audit Co.
P.O. Box 213  415 E. Main St.
Streator, IL 61364

Creditors Discount & Audit Co.
P.O. Box 213   415 E, Main St.
Streator, IL 61364

Creditors Discount & Audit Co.
P.O. Box 213   415 E. Main St.
Streator, IL 61364

Dryer Medical Group, Ltd.
PO Box 2091
Aurora, IL 60507

E R Solutions, Inc.
500 SW 7th St. # A100
PO Box 9004
Renton, WA 98057


Edward Hospital & Health Services
PO Box 4207
Carol Stream, IL 60197-4207


Edward Hospital & Health Services
PO Box 4207
Carol Stream, IL 60197


EMCC Inc. Serv. of your Midland Cre
PO Box 9607
Manchester, NH 03108-9607


Emergency Phys. Prof. Assoc.
5001 W. 80th St. # 300
Minneapolis, MN 55437-1114


Epic Group, S.C.
PO Box 66973 Slot 303125
Chicago, IL 60666-0973


Epic Group, S.C.
PO Box 66973 Slot 303125
Chicago, IL 60666-0973


Epic Group, S.C.
PO Box 66973 Slot 303125
Chicago, IL 60666-0973


ER Solutions, Inc.
PO Box 6030
Hauppauge, NY 11788-0154


First Financial Asset Mgt. Inc.
PO Box 6887
Miramar Beach, FL 32550


First National Collection Bureau
610 Waltham Way
Sparks, NV 89434

First Premier Bank
PO Box 5524
Sioux Falls, SD 57117


First Rate Financial
180 S. Bolingbrook Rd
Bolingbrook, IL 60440


First Rate Financial
180 S. Bolingbrook Rd
Bolingbrook, IL 60440


Global Finanacial Inc.
PO Box 5066
Lutherville Timonium, MD 21094-5066


Grand Dental Associates, P.C.
3322 Solutions Center
Chicago, IL 60677-3003


Grant & Weber
14795 N. 78th Way Ste 800
Scottsdale, AZ 85260


Grant & Weber
14795 N. 78th Way Ste 800
Scottsdale, AZ 85260


Grant & Weber
14795 N. 78th Way Ste 800
Scottsdale, AZ 85260


Grant & Weber
14795 N. 78th Way Ste 800
Scottsdale, AZ 85260


Grant & Weber
14795 N. 78th Way Ste 800
Scottsdale, AZ 85260


Grant & Weber
14795 N. 78th Way Ste 800
Scottsdale, AZ 85260

Grant & Weber Arizona, Inc.
14795 N. 78th Way Ste 800
Scottsdale, AZ 85260


Grant & Weber Arizona, Inc.
14795 N. 78th Way Ste 800
Scottsdale, AZ 85260


Grant & Weber Arizona, Inc.
14795 N. 78th Way Ste 800
Scottsdale, AZ 85260


Grant & Weber Arizona, Inc.
14795 N. 78th Way Ste 800
Scottsdale, AZ 85260


Grant & Weber Arizona, Inc.
14795 N. 78th Way Ste 800
Scottsdale, AZ 85260


Grant & Weber Arizona, Inc.
14795 N. 78th Way Ste 800
Scottsdale, AZ 85260


Grundy Radiologists, INC.
PO Box 5997 Dept. 7014
Carol Stream, IL 60197-5997


Grundy Radiologists, INC.
PO Box 5997 Dept. 7014
Carol Stream, IL 60197-5997


Grundy Radiologists, INC.
PO Box 5997 Dept. 7014
Carol Stream, IL 60197-5997


Harvard Collection Services, Inc.
4839 N. Elston Ave.
Chicago, IL 60630-2534


Healthcare Center of Morris Hospita
25259 S. Reed St.
Channahon, IL 60410

Healthcare Center of Morris Hospita
25259 S. Reed St.
Channahon, IL 60410


Healthcare Center of Morris Hospita
25259 S. Reed St.
Channahon, IL 60410


Healthcare Center of Morris Hospita
25259 S. Reed St.
Channahon, IL 60410


Healthcare Coll Inc.
2432 W. Peoria Ave. # 4-10
Phoenix, AZ 85029


Healthcare Coll Inc.
2432 W. Peoria Ave. # 4-10
Phoenix, AZ 85029


Healthcare Coll Inc.
2432 W. Peoria Ave. # 4-10
Phoenix, AZ 85029


Healthcare Coll Inc.
2432 W. Peoria Ave. # 4-10
Phoenix, AZ 85029


Healthcare Coll Inc.
2432 W. Peoria Ave. # 4-10
Phoenix, AZ 85029


Healthcare Coll Inc.
2432 W. Peoria Ave. # 4-10
Phoenix, AZ 85029


Healthcare Coll Inc.
2432 W. Peoria Ave. # 4-10
Phoenix, AZ 85029


Healthcare Collections Inc.
PO Box 82910
Phoenix, AZ 85071-2910

Healthcare Collections Inc.
PO Box 82910
Phoenix, AZ 85071-2910


Healthcare Collections Inc.
PO Box 82910
Phoenix, AZ 85071-2910


Healthcare Collections Inc.
PO Box 82910
Phoenix, AZ 85071-2910


Heart Care Centers of IL
PO Box 766
Bedford Park, IL 60499


Hidden Lakes Dental Care, P.C.
680 W. Boughton Rd  Suite 100
Bolingbrook, IL 60440


Howd Medical LLC
 PO Box 200
Seneca, IL 61360


HOWD Medical LLC
271 N. Main St.
Seneca, IL 61360


HSBC Bank
PO Box 5253
Carol Stream, IL 60197


Illinois American Water
PO Box 578
Alton, IL 62002-0578


Integrity Financial Parners, Inc.
PO Box 11530
Overland Park, KS 66207-4230


J R Brothers Finance
10000 N. 31st Ave. Ste .D20
Phoenix, AZ 85051

```
J R Brothers Finance
10000 N. 31st Ave. Ste .D20
Phoenix, AZ 85051


Jason Buendgen
43 Foxcroft Rd.
Naperville, IL 60565


Jnr Adjustment Company
PO Box 27070
Minneapolis, MN 55427


Jnr Adjustment Company
PO Box 27070
Minneapolis, MN 55427


KCRC
PO Box 30650
Salt Lake City, UT 84130-0650


Kenneth Eisen & Assoc.
777 E. Missouri Ave Ste. 1
Phoenix, AZ 85014


Kenneth Eisen & Assoc.
777 E. Missouri Ave Ste. 1
Phoenix, AZ 85014


Kenneth, Eisen & Associated, LTD
PO Box 7370
Phoenix, AZ 85011-7370


Kenneth, Eisen & Associates, LTD
PO Box 7370
Phoenix, AZ 85011-7370


La Fitness
1745 Route 59
Plainfield, IL 60586


Law offices of Joel Cardis, LLC
2006 Swede Rd., Suite 100
Norristown, PA 19401
```

```
LDC Collection Systems
PO Box 52030
Phoenix, AZ 85072-2030


LDC Collection Systems
PO Box 52110
Phoenix, AZ 85072-2110


LDC Collection Systems
PO Box 52030
Phoenix, AZ 85072-2030


Lincare
3556 Lakeshore Rd Ste. 214
Blasdell, NY 14219


LTD Financial Services, L.P.
7322 Southwest Freeway Suite 1600
Houston, TX 77074


M & M Orthopedics LTD
4115 Fairview Ave.
Downers Grove, IL 60515


Maricopa County Attorney
100 W. Washington St. Suite 2000
Phoenix, AZ 85003-0014


Mark Gentile MD
908B W. Chandler BLVD # 4
Chandler, AZ 85225


Mark Gentile MD
908B W. Chandler BLVD # 4
Chandler, AZ 85225


Mark Gentile MD
908B W. Chandler BLVD # 4
Chandler, AZ 85225


Marquette Cons/first 1
3033 Campus Dr Ste N150
Plymouth, MN 55441
```

Marquette Consumer Finance
3033 Campus Dr Ste N150
Minneapolis, MN 55441


Marquette Consumer Finance
PO Box 5004
Westfield, IN 46074


Master Financial Group, INC.
PO Box 28317
Tempe, AZ 85285-8317


Medical Business Bureau, LLC
1175 Devin Dr. STE 173
Muskegon, MI 49441


Merchants Cr
223 W. Jackson St
Chicago, IL 60606


Merchants Cr
223 W. Jackson St
Chicago, IL 60606


Merchants Cr
223 W. Jackson St
Chicago, IL 60606


Merchants Cr
223 W. Jackson St
Chicago, IL 60606


Merchants Cr
223 W. Jackson St
Chicago, IL 60606


Merchants Credit Guide Co.
223 W. Jackson BLVD
Chicago, IL 60606


Merchants Credit Guide Co.
223 W. Jackson BLVD
Chicago, IL 60606

```
Merchants Credit Guide Co.
223 W. Jackson BLVD
Chicago, IL 60606


Metro Inf. DIS. Consultants, LLC
500 E. Ogden Ste C
Hinsdale, IL 60521-2480


Midland Credit MGMT
8875 Aero Drive
San Diego, CA 92123


Midwest Center for Sleep Disorder
P.O. Box 2091
Aurora, IL 60507


Midwest Ear, Nose & Throat Consult
503 Thornhill Dr
Carol Stream, IL 60188-2780


Miramed Revenue Group LLC
Dept. 77304
PO Box 77000
Detroit, MI 48277-0304


MiraMed Revenue Group LLC
Dept. 77304
PO Box 77000
Detroit, MI 48277-0304


MiraMed Revenue Group LLC
PO Box 536
Linden, MI 48451-0563


Miramed Revenue Group LLC
Dept. 77304
PO Box 77000
Detroit, MI 48277-0304


MiraMed Revenue Group LLC
PO Box 536
Linden, MI 48451-0536
```

Morris Healthmart
2405 Sycamore Dr.
Morris, IL 60450


Morris Hospital
150 West High Street
Morris, IL 60450


Morris Hospital
150 West High Street
Morris, IL 60450


Morris Hospital
150 West High Street
Morris, IL 60450


Morris Hospital
150 West High St.
Morris, IL 60450


Morris Hospital
150 West High Street
Morris, IL 60450


Morris Hospital
150 West High Street
Morris, IL 60450


Morris Hospital
150 West High Street
Morris, IL 60450


Morris Hospital
150 West High Street
Morris, IL 60450


Morris Hospital
150 West High Street
Morris, IL 60450


Morris Hospital
150 West High Street
Morris, IL 60450

```
Morris Hospital
150 West High Street
Morris, IL 60450


Morris Hospital
150 West High Street
Morris, IL 60450


Morris Hospital Business Office
150 West High Street
Morris, IL 60450


Naperville Radiologists S.C.
6910 S. Madison St.
Willowbrook, IL 60527-5504


Naperville Radiologists S.C.
6910 S. Madison St.
Willowbrook, IL 60527-5504


Naperville Radiologists S.C.
6910 S. Madison St.
Willowbrook, IL 60527-5504


NCO Fianancial Systems, Inc.
507 Prudential Rd.
Horsham, PA 19044


NCO Fin/99
PO Box 15636
Wilmington, DE 19850


NCO Financial Systems INC
PO Box 15630 Dept. 99
Wilmington, DE 19850


NCO Financial Systems Inc.
PO Box 15740
Wilmington, DE 19850-5740


NCO Financial Systems Inc.
PO Box 15740
Wilmington, DE 19850-5740
```

Nicor Gas
Attention: Bankruptcy Department
1844 W. Ferry Rd.
Aurora, IL 60507


Northlanbd Group Inc.
PO Box 390846
Minneapolis, MN 55439


Northland Group INC.
PO Box 390864
Minneapolis, MN 55439


Omnium Worldwide, INC
PO Box 95684842
Saint Louis, MO 63195


Pellettieri
991 Oak Creek Dr.
Lombard, IL 60148


Penn Credit Corp.
PO Box 988
Harrisburg, PA 17108-0988


Penn Credit Corporation
PO Box 988
Harrisburg, PA 17108


Peter Analytis/Joliet Headache
801 N. Larkin Ave. Suite 103
Joliet, IL 60435


Phillips & Cohen Assoc. LTD
258 Chapman Rd. Suite 205
Newark, DE 19702


Pinnacle Financial Group, INC.
7825 Washington Ave. South  Suite 4
Minneapolis, MN 55439


Progressive Medical Associates
PO Box 7127
Phoenix, AZ 85011

Pueblo Pediatrics LTD
2152 S. Vineyard
Mesa, AZ 85210


Quest Diagnostics
PO Box 64804
Baltimore, MD 21264-4800


Reliable Adjustment Bureau INC
2655 A Park Center Dr.
Chandler, AZ 85225-1735


Revenue Production Management, INC
PO Box 673775
Detroit, MI 48267-3775


Revenue Production Management, INC
PO Box 830913
Birmingham, AL 35283-0913


Revenue Production Management, INC
PO Box 830913
Birmingham, AL 35283-0913


Revenue Production Management, INC
 PO Box 830913
Birmingham, AL 35283-0913


Revenue Production Management, INC
PO Box 830913
Birmingham, AL 35283-0913


Revenue Production Mgmt.
PO Box 77000 Dept. 77308
Detroit, MI 48277-0308


Riddle & Wood, P.C.
PO Box 1187
Sandy, UT 84091-1187


RJM Acquistions LLC
PO Box 18006
Hauppauge, NY 11788-8806

RJM Acquistions LLC
PO Box 18006
Hauppauge, NY 11788-8806


Robert J Miller MD
1315 Macom Dr. Suite 203
Naperville, IL 60564


Robert J Miller MD
1315 Macom Dr. Suite 203
Naperville, IL 60564


Robert J Miller MD
1315 Macom Dr. Suite 203
Naperville, IL 60564


Robert R Mucci
PO Box 190
West Chicago, IL 60186


Robert R. Mucci
P O Box 190
West Chicago, IL 60186


Robert R. Mucci
P O Box 190
West Chicago, IL 60186


RPM Receivables Performance Mgt.
1930 220th St. SE Suite 101
Bothell, WA 98021


San Marcos Justice Court
201 E. Chicago St.
Chandler, AZ 85225


Scottsdale Collection Services, LLC
7900 E. Greenway Rd. # 201
Scottsdale, AZ 85260-1715


Southwest Ambulance
PO Box 52793
Phoenix, AZ 85072

State of Ill. Dept of Revenue
PO Box 19035
Springfield, IL 62794


Tate & Kirlin Associates
2810 Southampton Rd.
Philadelphia, PA 19154


Tate & Kirlin Associates
2810 Southampton Rd.
Philadelphia, PA 19154


The Bureaus, Inc.
1676
Momentum Place
Chicago, IL 60689


Timothy Walker, MD
1501 N. Gilbert Rd.  Suite 120
Gilbert, AZ 85243-2393


Timothy Walker, MD
1501 N. Gilbert Rd.  Suite 120
Gilbert, AZ 85243-2393


Transworld Systems
PO Box 1864
Santa Rosa, CA 95402


Transworld Systems Inc. Collection
1375 East Woodfield Rd.  #110
Schaumburg, IL 60173


TRS Recovery Services, INC.
5251 Westheimer
Houston, TX 77056


Trustmark Recovery Services
541 Otis Bowen
Munster, IN 46321


Trustmark Recovery Services
541 Otis Bowen
Munster, IN 46321

Trustmark Recovery Services
541 Otis Bowen
Munster, IN 46321


U.S. Collections West, Inc.
PO Box 39695
Phoenix, AZ 85069


United Collect Bur Inc.
5620 Southwyck Blvd.
Toledo, OH 43614


United Collection  Bureau, Inc.
5620 Southwyck Blvd.  Suite 206
Toledo, OH 43614


US Collections West Inc.
PO Box 39695
Phoenix, AZ 85069


Valley Collection Service
PO Box 520
Glendale, AZ 85311-0520


Verizon
777 Big Timber Rd
Elgin, IL 60123